DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADRIAN BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-463
_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Margaret R. Taylor, Judge.

Howard L. Dimmig, II, Public Defender and William L. Sharwell, Assistant Public Defender, Bartow, for Appellee.

Ashley Moody, Attorney General, Tallahassee and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.